UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-CV-20042-LENARD/Louis

VICTORIA ROXAS,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL EXECUTION OF MEDICAL RECORDS AUTHORIZATIONS (DE 25)

Plaintiff VICTORIA ROXAS through undersigned counsel responds briefly to the Defendant's Motion of March 1, 2022 to Compel the Execution of Medical Record Authorizations (DE 25). First, the Plaintiff notes that she has no objection to the execution of the authorizations and has agreed to execute them, as confirmed by email on March 4, 2022 (Exhibit 1 at 1). The Plaintiff also agrees with Defendant's suggested time frame of ten days to produce the authorizations.

The email chain attached as Exhibit 1 also demonstrates that the Plaintiff did not ignore the Defendant's requests but instead made several unsuccessful attempts to communicate with the Defendant in an effort to resolve outstanding discovery issues. For example, on February 11, 2022, Plaintiff's counsel emailed Defendant's counsel to advise that he had twice attempted a telephone call to resolve outstanding issues but both times had been unable to reach Defendant's counsel (Exhibit 1 at 7, 10, 13). Defendant's counsel responded that she did not recall these attempts and "obviously let it slip." (Exhibit 1 at 12). On February 23 Plaintiff's counsel

ROXAS v. CELEBRITY CRUISES, INC.
CASE NO.  21-CV-20042-LENARD/Louis

emailed Defendant's counsel to ask if counsel had time to confer by telephone that day (Exhibit 1 at 6, 9).  Thus, contrary to the impression that may have been left by the Rule 7.1 certificate in Defendant's Motion, the parties have repeatedly attempted communication by telephone and email to resolve outstanding issues, but due to communication and scheduling difficulties, including the difficulty of reaching Defendant's counsel, were unable to resolve those issues before the Motion was filed.  As noted above, the Plaintiff in fact has no objection to producing the authorizations and will produce them promptly, now that the parties are clear as to which authorizations the Defendant wishes executed.

In response to the second inquiry by the Court in the order expediting response to DE 25, Plaintiff's counsel has yet to receive an itemization of the costs Defendant is requesting and hence has no comment at this time on the amount of costs.  Given the circumstances summarized above, the Plaintiff suggests that no award of costs is warranted, and the parties should proceed with discovery as agreed.

ROXAS v. CELEBRITY CRUISES, INC.
CASE NO.   21-CV-20042-LENARD/Louis

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this March 7, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**s/Edward S. Schwartz**

Edward S. Schwartz, Esq.

Florida Bar No. 346721

eschwartz@gslawusa.com

Nicholas I. Gerson, Esq.

Florida Bar No. 20899

ngerson@gslawusa.com

Gerson& Schwartz, P.A.

1980 Coral Way

Miami, Florida 33145

Telephone:(305) 371-6000

Facsimile: (305) 371-5749

*Attorneys for Plaintiff*

ROXAS v. CELEBRITY CRUISES, INC.
CASE NO.   21-CV-20042-LENARD/Louis

## SERVICE LIST

**ROXAS v. CELEBRITY CRUISES, INC.
CASE NO.   21-CV-20042-LENARD/Louis**

| | |
|---|---|
| **Philip M. Gerson, Esq.** <br> Florida Bar No.: 127290 <br> pgerson@gslawusa.com <br> **Nicholas I. Gerson, Esq.** <br> Florida Bar No. 20899 <br> ngerson@gslawusa.com <br> **Edward S. Schwartz, Esq.** <br> Florida Bar No. 346721 <br> eschwartz@gslawusa.com <br> **David L. Markel, Esq.** <br> Florida Bar No. 78306 <br> dmarkel@gslawusa.com <br> Gerson& Schwartz, P.A. <br> **Jared I. Ross, Esq.** <br> Florida Bar No. 83857 <br> jross@gslawusa.com <br> 1980 Coral Way <br> Miami, Florida 33145 <br> Telephone:  (305) 371-6000 <br> Facsimile:   (305) 371-5749 <br> *Attorneys for Plaintiff* | **Jerry D. Hamilton, Esq.** <br> Florida Bar No.: 970700 <br> jhamilton@hamiltonmillerlaw.com <br> **Charlotte P. Zubizarreta, Esq.** <br> Florida Bar No. 100097 <br> czubizarreta@hamiltonmillerlaw.com <br> **Elisha M. Sullivan, Esq.** <br> Florida Bar No. 0057559 <br> esullivan@hamiltonmillerlaw.com <br> HAMILTON, MILLER & BIRTHISEL, LLP <br> Attorneys for Defendant Royal Caribbean Cruises Ltd. <br> 150 Southeast Second Avenue, Suite 1200 <br> Miami, Florida 33131-2332 <br> Telephone: (305) 379-3686 <br> Facsimile:  (305) 379-3690 <br> *Attorneys for Defendant* |